**DEREK SMITH LAW GROUP, PLLC**
SCOTT E. DIAMOND, ESQUIRE
Attorney ID No. 44449
1835 Market Street, Suite 2950
Philadelphia, PA 19103 (215) 391-4790
scott@dereksmithlaw.com
*Attorneys for Plaintiff, Kyley Spencer*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KYLEY SPENCER,<br>   Plaintiff,<br><br>  *v.*<br><br>KENNETT 2SP LICENSE, LLP d/b/a<br>TWO STONES PUB<br><br>   Defendants. | No. 22-2506 |

**STIPULATION TO WITHDRAW MOTION TO**
**WITHDRAW AS PLAINTIFF'S COUNSEL**

  Upon further consideration with the Court, Scott E. Diamond, Esquire, and the Derek Smith Law Group hereby withdraw their motion for leave to withdraw as counsel for Plaintiff, Kyley Spencer in the above-referenced case.

Date: August 29, 2022        **DEREK SMITH LAW GROUP, PLLC**

                  By: /s/ Scott E. Diamond
                  Scott E. Diamond, Esq.
                  1835 Market Street, Suite 2950
                  Philadelphia, Pennsylvania 19103
                  scott@dereksmithlaw.com

**DEREK SMITH LAW GROUP, PLLC**
SCOTT E. DIAMOND, ESQUIRE
Attorney ID No. 44449
1835 Market Street, Suite 2950
Philadelphia, PA 19103 (215) 391-4790
scott@dereksmithlaw.com
*Attorneys for Plaintiff, Kyley Spencer*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KYLEY SPENCER,<br>            Plaintiff,<br><br>    *v.*<br><br>KENNETT 2SP LICENSE, LLP d/b/a<br>TWO STONES PUB<br><br>            Defendants. | No. 22-2506 |

### ORDER

AND NOW, this _____ day of _____, 2022, upon consideration of the foregoing motion, it is hereby ORDERED and DECREED that Plaintiff's motion to withdraw the motion to withdraw as Plaintiff's counsel is GRANTED.

BY THE COURT

_____
                                                                J.

**DEREK SMITH LAW GROUP, PLLC**
SCOTT E. DIAMOND, ESQUIRE
Attorney ID No. 44449
1835 Market Street, Suite 2950
Philadelphia, PA 19103 (215) 391-4790
scott@dereksmithlaw.com
*Attorneys for Plaintiff, Kyley Spencer*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KYLEY SPENCER,<br>　　　　Plaintiff,<br><br>　　v.<br><br>KENNETT 2SP LICENSE, LLP d/b/a<br>TWO STONES PUB<br><br>　　　　Defendants. | No. 22-2506 |

## CERTIFICATE OF SERVICE

I, Scott E. Diamond, Esq hereby certify that I have this day caused to be served the Motion to Withdraw as Counsel for Plaintiff filed on August 29, 2022, upon Plaintiff via U.S First Class Mail on the date below indicated, which service satisfies the requirements of the Federal Rules of Civil Procedure.

Kyley Spencer
16 Imperial Drive
Wilmington, DE 19805
and via email: elevenspencer@aol.com

Date: August 29, 2022　　　　　　　　　　**DEREK SMITH LAW GROUP, PLLC**

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Scott E. Diamond, Esq.
　　　　　　　　　　　　　　　　　　　　1835 Market Street, Suite 2950
　　　　　　　　　　　　　　　　　　　　Philadelphia, Pennsylvania 19103
　　　　　　　　　　　　　　　　　　　　scott@dereksmithlaw.com